# ELECTRONIC RECORD



**COA #** 14-14-00092-CR

**OFFENSE:** POSS. OF A FIREARM BY A FELON

**STYLE:** Applon, James Noah v. The State of Texas

**COUNTY:** Harris

**COA DISPOSITION:** AFFIRM

**TRIAL COURT:** 262nd District Court

**DATE:** 04/21/2015          Publish: NO

**TC CASE #:** 1403624

## IN THE COURT OF CRIMINAL APPEALS

**STYLE:** Applon, James Noah v. The State of Texas

**CCA #:** 691·15

_PRO SE_ Petition

**CCA Disposition:** _____

**FOR DISCRETIONARY REVIEW IN CCA IS:**

**DATE:** _____

_DISMISSED AS UNTIMELY_

**JUDGE:** _____

**DATE:** 7/29/2015

**SIGNED:** _____    **PC:** _____

**JUDGE:** _Per Curiam_

**PUBLISH:** _____    **DNP:** _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____